IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE INSURANCE COMPANY | : | CIVIL ACTION |
| a/s/o CHRISTY MAURO | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA and | : | |
| MICHAEL McCOLLUM | : | NO. 11-4201 |

### ORDER

**AND NOW**, this 17th day of January, 2012, upon consideration of Defendants' "Motion to Dismiss or, Alternatively, for Summary Judgment" (Docket No. 4), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that Michael McCollum is **DISMISSED** as a Defendant in this action by consent of the parties. **IT IS FURTHER ORDERED** that the Motion for Summary Judgment is **GRANTED** as to the United States of America. **JUDGMENT IS ENTERED** in favor of the United States of America and against Plaintiff.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.